FIREMAN'S FUND INSURANCE CO. v.
SECURITY INSURANCE COMPANY OF HARTFORD.

June 12, 1975. Cross-Petition for certification granted.

MIRA LAND DEVELOPMENT CORP. v.
THE BOROUGH OF MATAWAN.

June 12, 1975. Petition for certification denied. (See 133 *N. J. Super.* 440)

STATE OF NEW JERSEY v. DANIEL LIVINGSTON, JR.

July 8, 1975. Petition for certification denied.

- STATE OF NEW JERSEY v. JAMES DAVIS PUGH.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK DANIELLO.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A. L.

July 8, 1975. Petition for certification denied.